IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRETT DEVINE d/b/a
B. DEVINE EXTERIOR                                                       PLAINTIFF

Vs.                         No. 4:24-cv-89-KGB

JOHN PRESTON WILSON, SR.;
and LIGHTS BY SPARKY, INC.                                               DEFENDANTS

**EXHIBIT A**

**TO**

**PETITION FOR ATTORNEY'S FEES**

# Barber Law Firm PLLC

425 West Capitol Ave
Suite 3400
Little Rock, AR 72201
(501) 372-6175
IRS NO: 47-2703656

**Brett Devine**
Brett Devine
14 Canadian Cove
Maumelle, AR 72113

**Issue Date :** 4/28/2025
**Bill # :** 72180
**Due Date :** Upon Receipt

**File #:** 7035.190738
**RE:** Brett Devine d/b/a B Devine Exterior
Re Miscellaneous Matters

**Fees**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/25/2025 | JDR | TC Nick at Secretary of State's office re: status of fictitious name cancelling and other requirements. | 0.30 | $350.00 | $105.00 |
| 2/25/2025 | JDR | Email Mr. Taylor re: status of case; failure to comply with order; new deadlines; intent to file motion. | 0.40 | $350.00 | $140.00 |
| 2/27/2025 | JDR | Review/analyze SOS website for removal of Devine dba. | 0.10 | $350.00 | $35.00 |
| 3/14/2025 | JDR | Revise motion for contempt and brief in support with exhibits. | 1.60 | $350.00 | $560.00 |
| 3/18/2025 | CDH | search Arkansas Secretary of State to download printout showing B. Devine Exteriors remains one of the fictitious names for Lights by Sparky (to attach as Exhibit 4 to Motion being filed today) | 0.10 | $115.00 | $11.50 |
| 4/7/2025 | JDR | TC Judge Baker's chambers re: attempt to schedule show cause hearing. | 0.10 | $350.00 | $35.00 |
| 4/8/2025 | JDR | Review/analyze emails from Court x2 and Mr. Taylor x2 re: hearing. Reply email x2 re: same. | 0.30 | $350.00 | $105.00 |
| 4/9/2025 | JDR | Review/analyze email from Mr. Taylor re: his request to delay hearing. | 0.10 | $350.00 | $35.00 |
| 4/9/2025 | JDR | TC with two representatives from Secretary of State's office re: seeking suitable witness for hearing. | 0.30 | $350.00 | $105.00 |
| 4/9/2025 | JDR | Email secretary of state's office to get request for witness forwarded to the appropriate party. | 0.10 | $350.00 | $35.00 |
| 4/10/2025 | JDR | Review/analyze email from Ms. Washington re: hearing on pending motion. Reply email re: same. | 0.10 | $350.00 | $35.00 |
| 4/14/2025 | JDR | Review/analyze emails from Ms. Washington and Mr. Taylor re: hearing on pending motion. | 0.10 | $350.00 | $35.00 |
| 4/16/2025 | JDR | Review/analyze email from Ms. Washington re: status of hearing. | 0.10 | $350.00 | $35.00 |
| 4/17/2025 | JDR | Review/analyze filed notice of hearing. | 0.10 | $350.00 | $35.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/21/2025 | JDR | Preparation for hearing on motion for contempt, work on subpoena to SOS, and initial work on examination of Wilson. | 0.80 | $350.00 | $280.00 |
| 4/21/2025 | CDH | DRAFT Subpoena Duces Tecum for Documents to Arkansas Secretary of State | 0.20 | $115.00 | $23.00 |
| 4/21/2025 | CDH | T/C with Austin at AR Secretary of State's office regarding how to serve the subpoena duces tecum (he gave me the email address) | 0.10 | $115.00 | $11.50 |
| 4/21/2025 | CDH | Email to AR Secretary of State attached Subpoena Duces Tecum for documents | 0.10 | $115.00 | $11.50 |
| 4/22/2025 | CDH | T/C w/ Austin at AR Secretary of State regarding receipt of Subpoena Duces Tecum and if it had been forwarded to legal department | 0.20 | $115.00 | $23.00 |
| 4/22/2025 | JDR | TC SOS legal department x3 re: coordinating witness for contempt hearing. | 0.50 | $350.00 | $175.00 |
| 4/22/2025 | JDR | TC Mr. Devine re: preparation for upcoming hearing and assess whether his attendance is required due to volitile nature of Wilson. | 0.20 | $350.00 | $70.00 |
| 4/24/2025 | JDR | Preparation for hearing on motion for contempt. | 0.60 | $350.00 | $210.00 |
| 4/25/2025 | JDR | Preparation for and attend hearing on motion for contempt. | 2.00 | $350.00 | $700.00 |
| **Fees Subtotal** | | | **8.50** | | **$2,810.50** |

## Staff Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CDH | 0.70 | $115.00 | $80.50 |
| JDR | 7.80 | $350.00 | $2,730.00 |

Total $2,810.50

Previous Balance $0.00

Balance Due $2,810.50

https://secure.lawpay.com/pages/barberlawfirm/operating

We appreciate your prompt payment.